United States District Court
Southern District of Texas

**ENTERED**

July 11, 2025

Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| APRIL DOE, *et al* | § | Civil Action No |
| Plaintiffs, | § | 4:25-cv-00843 |
| | § | |
| | § | |
| vs. | § | Judge Charles Eskridge |
| | § | |
| | § | |
| PETER ALEXANDER | § | |
| GROSS, | § | |
| Defendant. | § | |

## Order

The motion by Plaintiffs to proceed by way of pseudonyms is GRANTED. Dkt 5.

Defendant hasn't responded, and so the motion is treated as unopposed. Regardless, the nature of this action makes the use of pseudonyms clearly appropriate.

So ordered.

Signed on July 11, 2025, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge